

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOSEPH LINGLE

V.

STAR NISSAN, INC.

07cv7130
JUDGE LINDBERG
MAG. JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Joseph Lingle

FILED

DEC 1 9 2007
DEC 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Andrew H. Haber | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Andrew H. Haber | |
| FIRM<br>Favaro & Gorman, Ltd. | |
| STREET ADDRESS<br>835 Sterling Avenue, Suite 100 | |
| CITY/STATE/ZIP<br>Palatine, Illinois 60067 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198412 | TELEPHONE NUMBER<br>(847) 934-0060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |