IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH LINGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 7130 |
| ) | |
| STAR NISSAN, INC., ) | |
| an Illinois Corporation ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO:   Mr. Clay M. Ullrick
      Hinshaw & Culbertson
      222 North LaSalle Street
      Suite 300
      Chicago, Illinois 60601

Please take notice that on the 10th day of January, 2008, we caused to be electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, an Executed Waiver of Service of Summons, a copy of which is hereto and herewith served upon you.

"s/" Dennis R. Favaro
Dennis R. Favaro
Attorney Bar Number 6193849
Attorney for Plaintiff
Favaro & Gorman, Ltd.
835 Sterling Avenue, St. 100
Palatine, Illinois 60067
Telephone Number (847) 934-0060
Facsimile Number (847) 934-6899
E-Mail dfavaro@favarogorman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I presented a Notice of Filing and Executed Waiver of Service of Summons for filing and uploading to the CM/ECF System:

>Mr. Clay M. Ullrick
>Hinshaw & Culbertson
>222 North LaSalle Street
>Suite 300
>Chicago, Illinois 60601

and caused the following to be served by depositing in the U.S. Mail Box located at Palatine, Illinois, a true and correct copy thereof, in a sealed envelope, postage prepaid, addressed as above, a copy of same on this 10th day of January, 2008.

>"s/" Dennis R. Favaro
>Dennis R. Favaro
>Attorney Bar Number 6193849
>Attorney for Plaintiff
>Favaro & Gorman, Ltd.
>835 Sterling Avenue, St. 100
>Palatine, Illinois 60067
>Telephone Number (847) 934-0060
>Facsimile Number (847) 934-6899
>E-Mail dfavaro@favarogorman.com