IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH LINGLE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 cv 7130 |
| | ) | |
| v. | ) | Judge Lindberg |
| | ) | |
| STAR NISSAN, INC., | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Dennis R. Favaro, Esq.
      Andrew H. Haber, Esq.
      Patricia L. Jochum, Esq.
      835 Sterling Avenue, Suite 100
      Palatine, IL 60067

   PLEASE TAKE NOTICE THAT on February 29, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Answer and Affirmative Defenses to Plaintiff's Complaint,** a copy of which is herewith served upon you.

                                        Respectfully submitted,

                                        HINSHAW & CULBERTSON LLP


                                        By:   /s/Clay M. Ullrick
                                              Attorney for Defendants

Tom H. Luetkemeyer, Esq.
Clay Ullrick, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000

6289449v1 881763

STATE OF ILLINOIS   )
                    )   SS:
COUNTY OF C O O K   )

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I filed this Notice and document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the counsel of record listed above.

    /s/Clay M. Ullrick

6289449v1 881763