IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH LINGLE, | ) |
|       Plaintiff, | ) |
| v. | ) No. 07 C 7130 |
| STAR NISSAN, INC., an Illinois Corporation | ) |
|       Defendant. | ) |

**NOTICE OF MOTION**

TO:  Mr. Clay M. Ullrick
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

Please take notice that on the 30th day of April, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard I shall appear before the Honorable James B. Moran occupied by him in Room 1843 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present an Agreed Motion for Entry of Protective Order, a copy of which is hereto and herewith served upon you.

                                                        "s/" Patricia L. Jochum
                                                        Patricia L. Jochum
                                                        Attorney for Plaintiff
                                                        Favaro & Gorman, Ltd.
                                                        835 Sterling Avenue, St. 100
                                                        Palatine, Illinois 60067
                                                        Telephone Number (847) 934-0060
                                                        Facsimile Number (847) 934-6899
                                                        E-Mail pjochum@favarogorman.com

## CERTIFICATE OF SERVICE

  I hereby certify that on April 25, 2008, I presented a **Notice of Motion and Motion for Entry of Agreed Protective Order** for filing and uploading to the CM/ECF System:

   Mr. Clay M. Ullrick
   Hinshaw & Culbertson
   222 North LaSalle Street
   Suite 300
   Chicago, Illinois 60601

              "s/" Patricia L. Jochum
              Patricia L. Jochum
              Attorney for Plaintiff
              Favaro & Gorman, Ltd.
              835 Sterling Avenue, St. 100
              Palatine, Illinois 60067
              Telephone Number (847) 934-0060
              Facsimile Number (847) 934-6899
              E-Mail pjochum@favarogorman.com