Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7130 | DATE | 5/2/2008 |
| CASE TITLE | JOSEPH LINGLE vs. STAR NISSAN, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for entry of agreed Protective Order [15] is granted. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|